Regan's License, McIntyre's License, Tressler's License, Kyle's License, Straub's License, Falknor's License, Bloom's License.

OPINION BY MR. JUSTICE STEWART, January 2, 1906:

In the appeal to the Superior Court, it was argued by counsel that the same judgment should be here entered as in In re Application of Benjamin H. Matthew, entered in that court to No. 262, of April Term, 1905. The Superior Court passed upon no questions not presented in the former case; nor do we. For reasons stated in opinion this day filed in appeal of Benjamin H. Matthew, ante, p. 269, the order of the Superior Court is affirmed.